**BANKRUPTCY LAW CENTER**
**AHREN A. TILLER (SBN: 250608)**
**CAROLINA TILLER (SBN: 262604)**
**BRETT BODIE (SBN: 264452)**
**ANIKA RENAUD-KIM (SBN: 272850)**
1230 Columbia St. Ste 1100
San Diego, Ca 92101
Phone (619) 894-8831
Attorney For Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of California**

In Re:

ROSE E. CROSHIER

    Debtor(s),

Case No.: 13-10658-CL13

DEBTOR'S OPPOSITION TO CREDITOR'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

DATE: April 30, 2014
TIME: 10:00 a.m.
CTRM: Dept. 5 – RM. 318

Comes now, ROSE E. CROSHIER, by and through his attorney of record, AHREN A. TILLER, and makes this OPPOSITION TO **WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 2005-AR2, MORTGAGE PASS-THROUGH CERTIFICATES, CHASE BANK, NA,** (hereinafter "Creditor")'s OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN, based on the record, argument at hearing, if any, and the following:

**STATEMENT OF FACTS**

1. The Debtor filed the above-captioned Chapter 13 Bankruptcy Case on October 31, 2013.
2. The Debtor attended the 341(a) meeting of creditors on December 6, 2013 at 2:00 p.m.
3. At the 341 meeting, the Chapter 13 Trustee requested continued the meeting to March 10, 2014 at 9:00 am for the outcome of Debtor's motion to value.

4. The hearing for Debtor's motion to value is currently set for May 14, 2014 and the continued 341(a) meeting of creditors is set for May 19, 2014 to track the outcome of the motion to value.

5. On March 14, 2014, Creditor filed an Objection to Confirmation of Chapter 13 Plan, alleging that Creditor is entitled to higher secured pre-petition arrears than those scheduled by the Debtor and provided for in the Chapter 13 Plan dated October 30, 2013.

## ARGUMENT

6. Debtors are examining the proof of claim filed by Creditor on March 5, 2014 for discrepancies.

7. Based on the alleged amount, debtor's current plan is infeasible.

8. Debtors are exploring the option of a loan modification and will likely pursue this route in order to address mortgage arrears in a modified principal balance rather than paying the arrears through their Chapter 13 plan.

9. If a loan modification is denied, they will look at the option of modifying their plan to address the mortgage arrears, however the increase would likely be infeasible.

10. Debtor respectfully requests that this hearing be continued 60 days until after the outcome of the motion to value hearing so they have an opportunity to seek loan modification options.

## PRAYER FOR RELIEF

WHEREFORE, the Debtor respectfully requests this Court continue this hearing on Creditor's Objection to Confirmation of Chapter 13 Pan 60 days to allow the Debtor an opportunity to resolve this issue through a loan modification.

Dated this: **_March 27, 2014_**

Submitted By:

Bankruptcy Law Center

By: /s/ Anika Renaud-Kim
Attorney For Debtor

OPPOSITION TO CREDITOR'S OBJECTION OF CHAPTER 13 PLAN
- 2 -

### **DECLARATION IN SUPPORT OF EX-PARTE APPLICATION**

I, Anika Renaud-Kim, am over the age of 18 years and hereby declare as follows: I am an attorney licensed to practice law in California and I am admitted to practice in the United States Court Southern District of California. The facts contained in this motion are of my own personal knowledge, based upon meeting or discussion with my client, my notes and/or review of our internal file, or my review of the Court's file in this case.

I swear under penalty of perjury the foregoing is true and correct.

Executed in San Diego, Ca on **March 27, 2014**

/s/ Anika Renaud-Kim
Anika Renaud-Kim
Attorney for Debtor

**PROOF OF SERVICE**

I, Catherine Cos Y Leon, the undersigned, declare and certify as follows:

  I am over the age of eighteen years and not a party to the within action and employed in the County of San Diego, State of California. I am employed in the office of Bankruptcy Law Center, by members of the Bar of the State of California who are admitted to practice in the above-entitled Court and I made the service referred to below at their direction. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101.

On **March 27, 2014**, I served true and correct copies of the following documents:

**(1) Opposition to Creditor's Objection to Confirmation**

By the following method(s):  **First Class Pre-Paid U.S. Mail and via ECF**

On the following parties:

| | |
|---|---|
| **(1) David L. Skelton,** *Trustee*<br>525 "B" St., Ste 1430<br>San Diego, Ca 92101 | **(2) McCarthy & Holthus, LLP**<br>Attn: Jennifer C. Wong, Esq<br>1770 Fourth Ave<br>San Diego, CA  92101 |

  Executed on **March 27, 2014**, at San Diego, California.

               /s/ Catherine Cos Y Leon
               Catherine Cos Y Leon
               Paralegal
               Bankruptcy Law Center
               1230 Columbia St., Ste 1100
               San Diego, Ca 92101